■
**Doris L. CLARK, Plaintiff/Appellant,**

v.

**ROLLINS, INC., Defendant/Respondent.**

No. 69131.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 21, 1996.

Rehearing Denied June 26, 1996.

Gary H. Feder, Jim M. Farmer, Ziercher & Hocker, P.C., St. Louis, for appellant.

Kenneth J. Heinz, Curtis, Oetting, Heinz, Garrett & Soule, Clayton, for respondent.

Before GERALD M. SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Plaintiff appeals from the trial court's dismissal of her fraud claim upon defendant's Motion to Dismiss and Motion for Judgment on the Pleadings. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a statement of the reasons for the Court's decision. The trial court's dismissal is affirmed. Rule 84.16(b).